UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOEL J. CABALA                     JURY TRIAL DEMANDED

v.                                CASE NO.  3:09CV

BENJAMIN MORRIS

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. On or about August 29, 2008, Defendant communicated with plaintiff in an effort to collect a disputed First USA Bank account.

7. Defendant falsely stated that CUDA had purchased said account.

8. CUDA had not purchased the account on or before August 29, 2008.

FIRST COUNT

9. In the collection efforts, defendant violated the FDCPA, § 1692e, -f(1), or -g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net