UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOEL J. CABALA

v.  CASE NO.  3:09CV 651 (VLB)

BENJAMIN MORRIS

## STIPULATION FOR JUDGMENT

The parties jointly request that this Court enter judgment in favor of plaintiff and against defendant for $1,001 in damages. The parties agree that costs and attorney's fees are to be decided by the Court upon application.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By__/s/ Joanne S. Faulkner__ | BY /s/ David W. Rubin_____ |
| Joanne S. Faulkner ct04137 | David Rubin ct10169 |
| 123 Avon Street | 600 Summer Street |
| New Haven CT 06511-2422 | Stamford CT 06901 |
| (203) 772-0395 | (203) 353-1404 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MONA MENARD

v.                                          CASE NO.  3:09CV 1165 (VLB)

BENJAMIN MORRIS                             August 20, 2010

## STIPULATION FOR JUDGMENT

The parties jointly request that this Court enter judgment in favor of plaintiff and against defendant for $1,001 in damages. The parties agree that costs and attorney's fees are to be decided by the Court upon application.

THE PLAINTIFF                               THE DEFENDANT


By_____   _____
Joanne S. Faulkner ct04137           David Rubin ct10169
123 Avon Street                      600 Summer Street
New Haven CT 06511-2422              Stamford CT 06901
(203) 772-0395                       (203) 353-1404