**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JOEL J. CABALA** | **:** | |
| **v.** | **:** | **CASE NO. 3:09CV651 (VLB)** |
| **BENJAMIN MORRIS** | **:** | |

**STIPULATED JUDGMENT**

This action having come on for consideration of the parties' stipulation for judgment before the Honorable Vanessa L. Bryant, United States District Judge and,

The court having considered the full record of the case, including applicable principles of law, and having issued an endorsement order approving the parties' stipulation for judgment, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff Joel J. Cabala, against the defendant Benjamin Morris, in the amount of $1,001.00.

Dated at Hartford, Connecticut, this 8th day of September, 2010.

ROBERTA D. TABORA, Clerk

By __/s/ LL_____
         Loraine LaLone
         Deputy Clerk

EOD _____