**Cabala v Morris**

| Date | Description | Hours | Amount | Total |
|---|---|---|---|---|
| 04/15/09 | Conf pinsky re referral | 0.20 | $70.00 | $70.00 |
| 04/17/09 | analyze state court pleadings & coll ltrs | 1.25 | $437.50 | $507.50 |
| 04/18/09 | conf addtl facts, permission to sue | 0.40 | $140.00 | $647.50 |
| 04/20/09 | draft complaint, cover, summons | 1.20 | $420.00 | $1,067.50 |
| 04/24/09 | rule 4 service | 0.50 | $175.00 | $1,242.50 |
| 07/15/09 | draft 26(f) | 0.50 | $175.00 | $1,417.50 |
| 05/21/09 | file waiver | 0.10 | $35.00 | $1,452.50 |
| 06/30/09 | move for default | 0.20 | $70.00 | $1,522.50 |
| 04/29/09 | offer settle $3350 | 0.25 | $87.50 | $1,610.00 |
| 06/27/09 | offer settle $3350 | 0.2 | $70.00 | $1,680.00 |
| 06/30/09 | offer settle for $1,001 plus fees and costs | 0.2 | $70.00 | $1,750.00 |
| 07/06/09 | send proposed stip setl $1001, fees, costs | 0.3 | $105.00 | $1,855.00 |
| 07/09/09 | email re draft 26f | 0.15 | $52.50 | $1,907.50 |
| 07/21/09 | reminder 26f | 0.1 | $35.00 | $1,942.50 |
| 07/24/09 | reminder 26f | 0.1 | $35.00 | $1,977.50 |
| 07/29/09 | reminder 26f | 0.1 | $35.00 | $2,012.50 |
| 08/03/09 | reminder 26f | 0.1 | $35.00 | $2,047.50 |
| 08/04/09 | emails review revised 26f | 0.4 | $140.00 | $2,187.50 |
| 08/06/09 | initial diclosures | 0.25 | $87.50 | $2,275.00 |
| 08/06/09 | discovery | 1.25 | $437.50 | $2,712.50 |
| 08/06/09 | ltr re deposition of plaintiff unnec exp | 0.25 | $87.50 | $2,800.00 |
| 08/22/09 | reminder initial discl, no need to depose | 0.15 | $52.50 | $2,852.50 |
| 08/24/09 | response re depo of plaintiff | 0.75 | $262.50 | $3,115.00 |
| 08/28/09 | communicate client re depo availability | 0.2 | $70.00 | $3,185.00 |
| 08/31/09 | reminder initial discl still overdue | 0.1 | $35.00 | $3,220.00 |
| 09/08/09 | reminder initial discl still overdue | 0.1 | $35.00 | $3,255.00 |
| 09/14/09 | email re 26f | 0.2 | $70.00 | $3,325.00 |
| 09/18/09 | conf w Chambers, discovery protocol | 0.5 | $175.00 | $3,500.00 |
| 09/21/09 | draft prot Order, pl depo | 1.5 | $525.00 | $4,025.00 |
| 10/06/09 | request discover conf | 0.05 | $17.50 | $4,042.50 |
| 10/09/09 | request discover conf | 0.05 | $17.50 | $4,060.00 |
| 10/12/09 | ltr re discovery dispute | 0.75 | $262.50 | $4,322.50 |
| 10/19/09 | w/draw Prot Ord; follow up on disc conf | 0.15 | $52.50 | $4,375.00 |
| 10/28/09 | request discover conf offer setl $1k +feeC | 0.05 | $17.50 | $4,392.50 |
| 10/30/09 | request discover conf | 0.05 | $17.50 | $4,410.00 |
| 11/02/09 | request discover conf | 0.05 | $17.50 | $4,427.50 |
| 11/04/09 | request discover conf | 0.05 | $17.50 | $4,445.00 |
| 11/06/09 | request discover conf | 0.05 | $17.50 | $4,462.50 |
| 11/08/09 | request discover conf | 0.05 | $17.50 | $4,480.00 |
| 11/09/09 | request discover conf | 0.05 | $17.50 | $4,497.50 |
| 11/10/09 | discovery conference | 0.8 | $280.00 | $4,777.50 |
| 11/13/09 | follow up discovery conference | 0.05 | $17.50 | $4,795.00 |
| 11/23/09 | follow up discovery conference | 0.05 | $17.50 | $4,812.50 |
| 11/24/09 | follow up discovery conference | 0.05 | $17.50 | $4,830.00 |
| 11/27/09 | follow up discovery conference | 0.05 | $17.50 | $4,847.50 |
| 11/30/09 | provide rsrch on depo of atty | 0.4 | $140.00 | $4,987.50 |
| 11/30/09 | follow up discovery conference | 0.5 | $175.00 | $5,162.50 |
| 12/01/09 | begin draft compel: Interrog + | 1.5 | $525.00 | $5,687.50 |
| 12/02/09 | continue draft compel production + | 1.75 | $612.50 | $6,300.00 |
| 12/09/09 | prep defendant's depo | 4 | ********** | $7,700.00 |
| 12/10/09 | defendant deposed | 3.5 | ********** | $8,925.00 |
| 12/11/09 | email discussion setlmt parameters | 0.4 | $140.00 | $9,065.00 |
| 12/21/09 | M/Strike re defenses | 0.4 | $140.00 | $9,205.00 |
| 12/21/09 | second discovery | 0.5 | $175.00 | $9,380.00 |
| 12/23/09 | email re setl, request reply | 0.1 | $35.00 | $9,415.00 |
| 01/04/10 | Reply support compel | 0.5 | $175.00 | $9,590.00 |
| 01/04/10 | 3d int | 0.1 | $35.00 | $9,625.00 |

| Date | Description | Hours | Amount | Total |
|---|---|---|---|---|
| 01/07/10 | email re setl, request reply | 0.1 | $35.00 | $9,660.00 |
| 01/08/10 | email re setl | 0.1 | $35.00 | $9,695.00 |
| 01/11/10 | begin response to disc | 1.6 | $560.00 | $10,255.00 |
| 01/11/10 | communicate client re discovery served | 0.15 | $52.50 | $10,307.50 |
| 01/15/10 | continue response disc | 0.3 | $105.00 | $10,412.50 |
| 01/15/10 | email re setl | 0.1 | $35.00 | $10,447.50 |
| 01/27/10 | emails re setl $1k plus fee app + conf | 0.25 | $87.50 | $10,535.00 |
| 02/01/10 | review defendants depo, offer setl | 0.75 | $262.50 | $10,797.50 |
| 02/04/10 | to 4/5, communics w/Unifund re subpoena | 1.25 | $437.50 | $11,235.00 |
| 02/12/10 | motion to compel discovery | 1.25 | $437.50 | $11,672.50 |
| 02/16/10 | Unifund subpoena + | 1 | $350.00 | $12,022.50 |
| 02/23/10 | beg Rule 56 Stmt | 1.25 | $437.50 | $12,460.00 |
| 02/24/10 | to state court to check Cabala filings | 1.5 | $525.00 | $12,985.00 |
| 02/24/10 | rsrch collect after assignment | 0.75 | $262.50 | $13,247.50 |
| 03/01/10 | comminicate cl re deposition | 0.2 | $70.00 | $13,317.50 |
| 03/10/10 | request w/draw m/quash or provide docs | 0.25 | $87.50 | $13,405.00 |
| 03/15/10 | reply support compel + | 0.5 | $175.00 | $13,580.00 |
| 03/17/10 | offer setl $1,001 plus fee/cost | 0.05 | $17.50 | $13,597.50 |
| 03/27/10 | opp quash unifund subpoena | 1 | $350.00 | $13,947.50 |
| 03/27/10 | Renew $1001 plus fees/costs | 0.15 | $52.50 | $14,000.00 |
| 04/05/10 | review unifund docs, compare w/plaintiffs' | 0.75 | $262.50 | $14,262.50 |
| 04/07/10 | draft affidavit | 0.5 | $175.00 | $14,437.50 |
| 04/07/10 | cont R 56, rsrch other Morris fee apps ++ | 1 | $350.00 | $14,787.50 |
| 04/07/10 | review file, outline depo ques obj | 0.5 | $175.00 | $14,962.50 |
| 04/07/10 | draft summary judgment | 1.75 | $612.50 | $15,575.00 |
| 04/09/10 | addt'l rsrch, revise SJ | 0.5 | $175.00 | $15,750.00 |
| 04/13/10 | add discussion of defenses, SJ std | 1.25 | $437.50 | $16,187.50 |
| 04/16/10 | revise rule 56 stmt ++ | 0.75 | $262.50 | $16,450.00 |
| 04/21/10 | request w/draw BFE defense (Jerman) | 0.2 | $70.00 | $16,520.00 |
| 04/29/10 | opp ext | 1.75 | $612.50 | $17,132.50 |
| 05/06/10 | offer setl $1001 plus fees/costs | 0.1 | $35.00 | $17,167.50 |
| 05/14/10 | offer setl same | 0.1 | $35.00 | $17,202.50 |
| 05/15/10 | draft reply brf | 2.5 | $875.00 | $18,077.50 |
| 05/15/10 | Motion to strike aff | 1.75 | $612.50 | $18,690.00 |
| 05/17/10 | final revision reply brf | 0.5 | $175.00 | $18,865.00 |
| 05/17/10 | revise reply brief | 2 | $700.00 | $19,565.00 |
| 05/17/10 | rsrch bona fide error | 0.5 | $175.00 | $19,740.00 |
| 05/20/10 | offer setl $1001 + 15kfees /870 costs | 0.4 | $140.00 | $19,880.00 |
| 08/20/10 | agree to setl $1001 plus fee/cost app. | 0.3 | $105.00 | $19,985.00 |
| 08/21/10 | review fee records, billing judg | 1 | $350.00 | $20,335.00 |
| 09/03/10 | update research depo cost recovery | 0.8 | $280.00 | $20,615.00 |
| 09/15/10 | update fee aff; subt revise fee memo | 2 | $700.00 | $21,315.00 |
| 09/15/10 | ESTIMATE TIME FOR REPLY | 1 | $350.00 | $21,665.00 |

**Filing fee $350**                                              $350
**Deposition costs $519.82 (attached)**                $519.82

**Sanders, Gale & Russell**
A Division Of Morgillo & Flynn
P.O. Box 1048
New Haven, CT 06504
USA

Voice: 1-203-624-4157
Fax: 1-203-624-4462

**INVOICE**

Invoice Number: 34975
Invoice Date: Jan 8, 2010
Page: 1

**Bill To:**
Joanne S. Faulkner
123 Avon Street
New Haven, CT 06511

Joanne S. Faulkner, Esq

**Ship to:**
Joanne S. Faulkner
123 Avon Street
New Haven, CT 06511

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Joanne S. Faulkner | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 2/7/10 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | CABALA vs. MORRIS | | |
| | DECEMBER 10, 2009 | | |
| | DEPOSITION OF BENJAMIN MORRIS | | |
| 94.00 | ORIG & I COPY | 4.10 | 385.40 |
| 1.00 | ATTENDANCE | 95.00 | 95.00 |
| 1.00 | SHIPPING & HANDLING- 1 PACKAGE | 10.00 | 10.00 |

| | |
|---|---|
| Subtotal | 490.40 |
| Sales Tax | 29.42 |
| Total Invoice Amount | 519.82 |
| Payment/Credit Applied | |
| **TOTAL** | **519.82** |

Check/Credit Memo No:

TOLL FREE #
866-966-GALE

EMAIL:
SGR1@SBCGLOBAL.NET

PLEASE REMEMBER TO INCLUDE INVOICE
NUMBER ON CHECK