UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOEL CABALA

v.                                          CASE NO.  3:09CV 651 (VLB)

BENJAMIN MORRIS                                   September 6, 2011

## RENEWED FEE APPLICATION

Plaintiff renews his application for an award of fees and costs against defendant in the sum of $22,534.82. Doc. No. 57. Despite the Supreme Court's admonition that a request for attorney's fees should not result in a second major litigation  (Hensley v. Eckerhart, 461 U.S. 424, 437 (1983)), defendant engaged in extensive post-application discovery efforts, including  depositions of plaintiff and his counsel. Accordingly, plaintiff supplements his fee request to seek an additional 27.61 hours at $350/hour ($9,663.50) plus  $155.02 for the cost of the plaintiff's deposition and $135.95 for half the cost of the undersigned's deposition of May 3, 2011.

To date, plaintiff seeks the total amount of $32,489.29 in fees and costs.

                                        THE PLAINTIFF


                                        BY____/s/ Joanne S. Faulkner___
                                             JOANNE S. FAULKNER ct04137
                                        123 Avon Street
                                        New Haven, CT 06511-2422
                                        (203) 772-0395
                                        j.faulkner@snet.net

**Certificate of Service**

**I hereby certify that on September 6, 2011, a copy of the within was filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system . Parties may access this filing through the Court's system.**

    /s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net